# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-50824
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Adrian Aguilar,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-267-1

———————————————————————

United States Court of Appeals
Fifth Circuit
**FILED**
June 28, 2024
Lyle W. Cayce
Clerk

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Adrian Aguilar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Aguilar has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Aguilar's claim of ineffective assistance of

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50824

counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Aguilar's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.